Cite as: 553 U. S. ____ (2008)    1

Statement of STEVENS, J.

# SUPREME COURT OF THE UNITED STATES

### JAMES FRAZIER *v.* OHIO

ON PETITION FOR WRIT OF CERTIORARI TO THE SUPREME
COURT OF OHIO

No. 07–9052.   Decided April 21, 2008

The petition for a writ of certiorari is denied.

Statement of JUSTICE STEVENS respecting the denial of
the petition for writ of certiorari.

While I agree with the Court's decision to deny certio-
rari in this case, it is appropriate to emphasize, as I have
in the past, see, *e.g., Knight* v. *Florida*, 528 U. S. 990
(1999) (opinion respecting denial of certiorari); *Singleton*
v. *Commissioner*, 439 U. S. 940, 942 (1978) (same), that
the denial of certiorari expresses no opinion on the merits
of the underlying claim.